Case No: 1:23-cv-00185-EGB

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Larry Golden

Plaintiff, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

(864) 992-7104

| | |
|---|---|
| LARRY GOLDEN,<br><br>*Plaintiff*,<br><br>V.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | **Unconstitutional Taking of Property Under the Fifth Amendment Clause of the United States Constitution**<br><br>June 29, 2023 |

## PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Larry Golden, hereby appeals to the United States Court of Appeals for the Federal Circuit from the dated May 31, 2023 "Order Granting the Defendant the United States's Motion to Dismiss" (Dkt. Nos. 11 & 12) as well as any other orders, rulings, findings, and/or conclusions adverse to Larry Golden.

RECEIVED

JUL 05 2023

United States Court of Appeals
For the Federal Circuit

Received – USCFC
JUL 0 5 2023

This notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it is "filed with the Claims Court clerk within 30 days after entry of the judgment or order appealed from."

As part of this notice of appeal, Larry Golden submits the required filing fee of $505 and respectfully requests the Claims Court clerk to prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a).

Sincerely,

*Larry Golden*

Larry Golden, *Pro Se* Plaintiff
740 Woodruff Rd., #1102
Greenville, SC 29607
(H) 8642885605
(M) 8649927104
Email: atpg-tech@charter.net



**PRIORITY MAIL EXPRESS® FLAT RATE ENVELOPE** — ONE RATE ■ ANY WEIGHT

FROM:
Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607
PHONE: 864 288-5605

TO:
Howard T. Markey National Courts Bldg.
Case No: 23-185C
717 Madison Place, NW
Washington, DC
ZIP: 20439
PHONE: (202) 357-6400

PO ZIP Code: 29615
Scheduled Delivery Date: 6-30-23
Postage: $28.75
Date Accepted: 6-29-23
Time Accepted: 10:29 AM
Sunday/Holiday Premium Fee: $28.75
Weight: 1 lb 8.0 oz
Acceptance Employee Initials: 8m

RECEIVED JUL -5 2023 OFFICE OF THE CLERK U.S. COURT OF FEDERAL CLAIMS

EJ 770 319 342 US